946

No. 480, Misc. PALOMERA v. WILLINGHAM, WARDEN. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Doar, David Rubin* and *Gerald P. Choppin* for respondent. ▮

No. 516, Misc. GIULIANO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Frances Kahn* for petitioner. *Solicitor General Marshall* for the United States. ▮

No. 519, Misc. KAPSALIS v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Robert L. Day* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States. ▮

No. 559, Misc. FRIEDMAN v. UNITED STATES. C. A. 8th Cir. Certiorari denied. *Morton N. Wekstein* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Daniel H. Benson* for the United States. ▮

No. 601, Misc. BRUCHON v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Albert J. Krieger* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Daniel H. Benson* for the United States. ▮

No. 669, Misc. COLLINS v. MARKLEY, WARDEN. C. A. 7th Cir. Certiorari denied. *Sigmund J. Beck* for petitioner. *Solicitor General Marshall* for respondent. ▮